ACCEPTED
05-17-01447-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 3:23 PM
LISA MATZ
CLERK

## NO. 05-17-01447-cv

| | | |
|---|---|---|
| **PRIMESTAR CONSTRUCTION, INC.** | § | **IN THE COURT of APPEALS** |
| **APPELLANT** | § | **DALLAS, TEXAS** |
| | § | **5TH DISTRICT OF TEXAS** |
| **V.** | § | |
| | § | **TRIAL COURT CAUSE NO. DC-17-05460** |
| **CITY OF DALLAS** | § | |
| **APPELLEE** | § | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 3:23:21 PM
LISA MATZ
Clerk

### APPELLANT MOTION TO REINSTATE APPEAL

NOW COMES, Primestar Construction, Inc. ("Appellant"), to file this, her Motion for Rehearing to Vacate the Order of Dismissal and Reinstate the Appeal, and respectfully shows the Court as follows:

On January 30, 2018, the Court of Appeals for the Fifth District of Texas at Dallas, dismissed this case pursuant to Tex. R. App. P. 42. (3)b, (c). Appellant submits that the dismissal of the appeal was not due to conscious indifference but rather caused by accident or mistake. This matter was dismissed because the $205.00 filing fees were not paid, and the docketing statement was not submitted. Due to clerical error, the undersigned attorney had not received the post card mailings requesting the docketing statement and filing fees. However, both will be submitted today.

Appellant believes that she has a meritorious claim and wishes to proceed with her appeal. In light of the foregoing, Appellant requests that the Court vacate the order of dismissal entered into these proceedings and reinstate the case for appeal. Finally, since the time for filing a brief has not occurred, Appellee, City of Dallas, will not be prejudiced by the relief requested in this Motion.

Respectfully submitted

By: */s/Lori C. Gray*
    LORI C. GRAY
    State Bar No. 08327400
    11500 Northwest Freeway
    Ste. 340
    HOUSTON, TX 77092
    Tel: (713) 457-1708
    Fax: (713) 457-1710
    lorigraylaw@gmail.com
    Attorney for PRIMESTAR CONSTRUCTION

## Certificate of Service

I certify that on January 31, 2018 a true and correct copy of the foregoing Appellant's Motion to Reinstate Appeal was served on the parties or attorneys of record via electronic mail as follows:

Charles Estee
Assistant Dallas City Attorney
City Of Dallas/7bn Dallas City Hall
1500 Marilla Street #7BN
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Joseph Rutherford Willie II
Willie & Associates, P.C.
4151 Southwest Fwy
Ste. 490
Houston, TX 77027-7307
* DELIVERED VIA E-MAIL *

*/s/Lori C. Gray*
LORI C. GRAY
Attorney for PRIMESTAR CONSTRUCTION

## <u>VERIFICATION OF APPELLANT'S MOTION TO REINSTATE APPEAL</u>

STATE OF TEXAS            §

COUNTY OF HARRIS      §

I, Lori C. Gray, under penalty of perjury, and upon my oath, state as follows:

My name is Lori C. Gray. I am over the age of eighteen years, have never been convicted of any crime, and competent to make this Verification. I am the attorney for the Appellant in the styled matter Primestar Construction, Inc. v. City of Dallas Case No. 05-17-01447-CV. I hereby verify that the facts provided in the Appellant's Motion to Reinstate Appeal are true and correct.

**FURTHER AFFIANT SAYETH NAUGHT."**

_____
Lori C. Gray

SUBSCRIBED and SWORN TO BEFORE ME, on the 31st day of January 2018.

BRIDGETTE GAERTNER
Notary Public, State of Texas
My Commission Expires
JULY 16, 2018

_____
Notary Public, State of Texas

# NO. <u>05-17-01447-cv</u>

| | | |
|---|---|---|
| PRIMESTAR CONSTRUCTION, INC.<br>APPELLANT | §<br>§ | IN THE COURT of APPEALS |
| | §<br>§ | 5TH DISTRICT OF TEXAS AT DALLAS |
| V. | §<br>§ | |
| | § | TRIAL COURT CAUSE NO. DC-17-05460 |
| CITY OF DALLAS<br>APPELLEE | § | |

## ORDER ON APPELLANT'S MOTION TO REINSTATE APPEAL

On _____, 2018 the Court considered the Appellant's Motion to Reinstate Appeal of PRIMESTAR CONSTRUCTION, INC.

IT IS ORDERED that the order dismissing this case is set aside and that the case is reinstated on the docket of this Court, to the same effect as if it had never been dismissed.

SIGNED on _____.


_____
JUDGE PRESIDING